ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAR -4 PM 3:26

CLERK
SO DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RASHFORD EMANUEL GALLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-067 |
| | ) | |
| CCA MCRAE CORRECTIONAL FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 19.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion for reconsideration (doc. no. 15.), and **DISMISSES** Defendant CCA McRae Medical Department without prejudice for failure to timely effect service.

SO ORDERED this 4th day of March, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE