IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RASHFORD EMANUEL GALLOWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 314-067 |
| ) | |
| CCA MCRAE CORRECTIONAL FACILITY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Plaintiff, currently detained at McRae Correctional Facility in McRae, Georgia, commenced the above-captioned case *pro se* and has paid the $400.00 filing fee. The matter is now before the Court because Plaintiff has filed a motion requesting that the Clerk of Court be directed to send him copies of documents that have been filed in the case. (See doc. no. 24.) Plaintiff has been warned that he must maintain a set of records for the case and has been notified that he can otherwise obtain copies of documents from the Clerk of Court at the standard cost of fifty cents per page. (See doc. no.6, p. 4.) He need only send the money and the list of copies he wants directly to the Clerk. However, the Court will not provide free copies. Wanninger v. Davenport, 697 F.2d 992, 994 (11th Cir. 1983) ("A prisoner's right of access to the court does not include the right of free

unlimited access to a photocopying machine . . . ." (citation omitted)).  Accordingly, the Court **DENIES** Plaintiff's motion for a copy of a certified mailing receipt sent to the Court.  (Doc. no. 24.)

SO ORDERED this 22nd day of April, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA