IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RASHFORD EMANUEL GALLOWAY, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | CV 314-067 | |
| ) | | |
| CCA MCRAE CORRECTIONAL ) | | |
| FACILITY; STACEY N. STONE, ) | | |
| CCA McRae Warden; LYNETTE ) | | |
| HARRIS, CCA McRae Unit Manager; ) | | |
| CHARLES STAPLES, CCA McRae RN; ) | | |
| and STACY GILES, CCA McRae Medical ) | | |
| Health Services Administrator, ) | | |
| ) | | |
| Defendants. ) | | |

**O R D E R**

Plaintiff has notified this Court that he has been deported from the United States to Jamaica.[1] (Doc. nos. 52, 53.) Given that Plaintiff is proceeding *in forma pauperis*, the Court entertains doubts as to Plaintiff's ability to try this case *pro se* should it proceed past summary judgment, in addition to further complications from Plaintiff's status as a deported alien. Accordingly, the Court **ORDERS** Plaintiff to inform the Court within fourteen days whether he has the resources to return for a trial, whether his status as a deported alien will prevent such a return, and whether he wishes to continue to pursue this case given these

---

[1] The Court **DIRECTS** the Clerk to change Plaintiff's address from "14 Khote Hall Ave" to 14 White Hall Ave. (See doc. no. 53.)

complications.

SO ORDERED this 11th day of May, 2016, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA