ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 AUG 30 AM 11: 27

CLERK _CAdams_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RASHFORD EMANUEL GALLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-067 |
| | ) | |
| CCA MCRAE CORRECTIONAL FACILITY; STACEY N. STONE, CCA McRae Warden; LYNETTE HARRIS, CCA McRae Unit Manager; CHARLES STAPLES, CCA McRae RN; and STACY GILES, CCA McRae Medical Health Services Administrator, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants Stone, Harris, Staples, and Giles's motion for summary judgment, **DENIES AS MOOT** Defendants' motion to dismiss, **DENIES AS MOOT** Plaintiff's motion to withhold all responses, and **GRANTS** Defendant CCA McRae Correctional Facility

an additional thirty days to move for summary judgment.

SO ORDERED this 30th day of August, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

2